IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00764-MSK

HASSANE EL FARYATI,

       Petitioner,

v.

ALBERTO GONZALES, Attorney General,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services,
MARY MISCHKE, Acting District Director, Denver District Office, U.S. Citizenship and Immigration Services,
ROBERT MUELLER, III, Director, Federal Bureau of Investigation,

       Respondents.

## ORDER RESETTING LAW AND MOTION HEARING

**IT IS ORDERED** that the law and motion hearing set for **August 31, 2007 at 4:15 p.m.** is **VACATED** and **RESET** to **September 12, 2007** at **4:30 p.m.**

Dated this 1st day of August, 2007

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*

                          Marcia S. Krieger
                          United States District Judge