IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00764-MSK

HASSANE EL FARYATI,

       Petitioner,

v.

ALBERTO GONZALES, Attorney General,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services,
MARY MISCHKE, Acting District Director, Denver District Office, U.S. Citizenship and Immigration Services,
ROBERT MUELLER, III, Director, Federal Bureau of Investigation,

       Respondents.
_____

## OPINION AND ORDER DISMISSING ACTION AS MOOT
_____

**THIS MATTER** comes before the Court pursuant to the Petitioner's Motion to Remand (**# 7**). It appearing that there is no longer a dispute to be resolved, a remand to the U.S. Citizenship and Immigration Services is not warranted. Rather, it appearing that this matter is now moot, the Petition is **DISMISSED** as moot, *nunc pro tunc* to August 29, 2007. The Clerk of the Court shall close this case.

    Dated this 30th day of August, 2007

                                     **BY THE COURT:**

                                     *Marcia S. Krieger*
                                     _____

                                     Marcia S. Krieger
                                     United States District Judge